UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00109

**Amarfio DeJalo Washington,**
*Plaintiff,*

v.

**Maxey Cerliano et al.,**
*Defendants.*

## ORDER

Plaintiff Amarfio Washington, a former inmate at Gregg County Jail proceeding pro se, filed this lawsuit against defendant Maxey Cerliano, among others, pursuant to 42 U.S.C. § 1983. Doc. 1. His case was referred to United States Magistrate Judge K. Nicole Mitchell. Doc. 2.

On July 2, 2021, the magistrate judge issued a report recommending that this lawsuit be dismissed without prejudice for plaintiff's failure to prosecute his own case. Doc. 24. No objections were filed to the report.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Plaintiff's claims are dismissed without prejudice for failure to prosecute.

*So ordered by the court on July 23, 2021.*

J. CAMPBELL BARKER
United States District Judge